# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:13-CV-2499-L** |
| MATTHEW O. MADISON; DWIGHT MCGHEE; and INFINITY EXPLORATION, LLC, | § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Joint Motion to Enter Agreed Final Judgments, filed November 14, 2014. The court determines that the motion should be, and is hereby, **granted**. The court will issue final judgments for Defendants Matthew O. Madison, Dwight McGhee and Infinity Exploration, LLC by separate documents.

**It is so ordered** this 18th day of November, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**ORDER – Solo Page**